IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES M. LOVELACE,<br><br>  Plaintiff,<br><br>  v.<br><br>AURORA LOAN SERVICES LLC,<br><br>  Defendant.<br>_____/ | No. C 10-03772 WHA<br><br>**ORDER TO SHOW CAUSE** |

     Defendant's motion to dismiss is set for a hearing on November 18, 2010. Plaintiff is pursuing this action *pro se*. Pursuant to Civil Local Rule 7-3, any brief in opposition to defendant's motion was due on October 28, 2010, but no such opposition has been received. <u>Plaintiff Charles Lovelace is ordered to respond by **NOVEMBER 15, 2010**, and show cause for his failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. The hearing on November 18, 2010, is **VACATED**. A new hearing shall be noticed by the Court if necessary. If plaintiff Charles Lovelace does not respond by November 15, defendant's motion may be granted.

     **IT IS SO ORDERED.**

Dated: November 1, 2010.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE