1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   CHARLES M. LOVELACE,                             No. C 10-03772 WHA

11          Plaintiff,

12     v.                                             **ORDER REGARDING**
                                                      **PLAINTIFF'S RESPONSE TO**
13   AURORA LOAN SERVICES LLC,                        **ORDER TO SHOW CAUSE AND**
                                                      **MOTION TO CONTINUE**
14          Defendant.
                                            /
15

16         Plaintiff, who is pursuing this action *pro se*, failed to file an opposition or a statement of

17   nonopposition to defendant's motion to dismiss.  He was ordered to show cause for his failure.

18   His response states that he did not understand what was meant by defendant's renoticing its

19   motion after this action was reassigned to the undersigned (*see* Dkt. No. 14).  Pursuant to the

20   reassignment order, defendant renoticed the motion that had previously been pending for a new

21   hearing date.  Plaintiff's declaration states that he did not receive defendant's original moving

22   papers, but this is in conflict with the certificate of service showing that the papers were sent to

23   plaintiff's address of record (Dkt. No. 6).

24         Nevertheless, plaintiff's response to the order to show cause demonstrates excusable

25   neglect for not filing an opposition or statement of nonopposition to defendant's motion.  Plaintiff

26   was confused by the renoticing of the motion for a new hearing date which was not accompanied

27   by the original moving papers, even if those papers were earlier served.  *Pro se* parties without

28   legal counsel must still meet deadlines, but plaintiff will be given another chance due to his

**United States District Court**
For the Northern District of California

1   confusion.  He may oppose defendant's motion by **DECEMBER 3, 2010, AT NOON**.  Defendant

2   may reply by **DECEMBER 10, 2010, AT NOON**.

3        Plaintiff also moves "for continuance of [the] November 18, 2010 hearing date for

4   defendant['s] motion to dismiss."  That hearing was already vacated in the order to show cause

5   referenced above.  Accordingly plaintiff's motion to continue is **DENIED AS MOOT**.

6        In plaintiff's motion he states that he intends to get legal counsel to help him prepare his

7   opposition to defendant's motion and implies that he cannot prepare an opposition without this

8   help.  Plaintiff is expected to comply with deadlines in this action regardless of whether he

9   obtains counsel.

10

11        **IT IS SO ORDERED.**

12

13   Dated:  November 16, 2010.

WILLIAM ALSUP
14                                                   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28