IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES M. LOVELACE,

    Plaintiff,

  v.

AURORA LOAN SERVICES LLC,

    Defendant.
                                 /

No. C 10-03772 WHA

**ORDER TO SHOW CAUSE**

    Plaintiff Charles Lovelace did not appear at a case management conference on December 9, 2010, at 11:00 a.m. He is ordered to show cause why his case should not be dismissed for lack of prosecution based on his failure to appear. He must respond via a declaration under oath, by **DECEMBER 23, 2010**.

    **IT IS SO ORDERED.**

Dated: December 10, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE