United States District Court

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    CHARLES M. LOVELACE,                          No. C 10-03772 WHA

11              Plaintiff,

12       v.                                         **ORDER OF DISMISSAL**

13    AURORA LOAN SERVICES LLC,

14              Defendant.

15    _____/

16          Plaintiff's complaint was dismissed but he was given an opportunity to file a motion for

17    leave to file an amended complaint.  He was warned explicitly that if he failed to file a motion

18    by the deadline, his case would be dismissed (Dkt. No. 32).  He has failed to file a motion, so

19    this case is dismissed.  Judgment will be entered in favor of defendant and against plaintiff.

20

21          **IT IS SO ORDERED.**

22

23    Dated:  January 27, 2011.

24                                                  WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE

25

26

27

28